AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:25-mj-1111 |
| ITALO RAFAEL BRETT BONINI | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/5/25

*Italo Brett*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Aziza Hawthorne, MA Bar# 709255
Printed name and bar number of defendant's attorney

201 S Orange Ave
Address of defendant's attorney

Aziza_hawthorne@fd.org
E-mail address of defendant's attorney

(407) 648-6338
Telephone number of defendant's attorney

(407) 648-6095
FAX number of defendant's attorney