UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 6:25-MJ-1111-LHP

ITALO RAFAEL BRETT BONINI

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the court to represent the Defendant, Italo Rafael Brett Bonini, in the above-styled cause.

The Clerk is requested to remove Aziza Hawthorne, as noticed counsel, and enter the appearance of Joshua R. Lukman, Assistant Federal Defender, as counsel for the Defendant.

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Joshua R. Lukman*
Joshua R. Lukman
Assistant Federal Defender
Florida Bar No. 0088213
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Tel: 407-648-6338
Fax: 407-648-6095
E-Mail: joshua_lukman@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance and Substitution of Counsel* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, Brandon Cruz, counsel for the government, this 6th day of February 2025.

*/s/Joshua R. Lukman*
Assistant Federal Defender
