UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1111-LHP | DATE: | February 10, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. ITALO RAFAEL BRETT BONINI | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Brandon Cruz |
| | | DEFENSE COUNSEL: | Joshua Lukman |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:04-11:18 | PRETRIAL: | Estefania Vega-Romero/ Ebonie Henderson-Larrame |
| | TOTAL: 1 hour/14 minutes | | |
| | | COURTROOM: | 5D |

**PROCEEDINGS: DETENTION HEARING**

(✔) Case called; appearances taken; procedural setting by the Court.

(✔) Defendant advised of the right to remain silent.

(✔) Proffer from Counsel for the Government.

(✔) Government's witness sworn and testified: Ruth Marrero

(✔) Counsel for the Defendant cross-examined the witness.

(✔) Defendant's witness sworn and testified: Dr. Zaida Brett

(✔) Counsel for the Government cross-examined the witness.

(✔) Oral argument presented.

(✔) Court (✔) granted the motion for detention ( ) denied the motion for detention.

(✔) Order of Detention entered.