# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No: 6:25-mj-1111-LHP

**ITALO RAFAEL BRETT BONINI**
_____/

## UNOPPOSED MOTION TO WITHDRAW
## AND FOR SUBSTITUTION OF RETAINED COUNSEL

The Office of the Federal Defender, through undersigned counsel of record, and without objection from the Government, respectfully moves to withdraw from further representation of the above-named defendant, to terminate further notification of electronic filing(s) in this matter, to substitute Tracey Kagan, Esq. as counsel of record, and as grounds therefore states the following:

1. On February 5, 2025, at Mr. Brett Bonini's initial appearance hearing, the Court entered an Order Appointing Federal Public Defender. Doc. 7.

2. On February 6, 2025, undersigned counsel filed his Notice of Appearance in this case. Doc. 13.

3. On February 19, 2025, privately retained counsel Tracey Kagan, Esq., filed her Notice of Appearance in this case. Doc. 17.

4. Undersigned counsel has conferred with Brandon Cruz, Esq., the

Assistant United States Attorney in this case, and is authorized to state that the Government does not oppose the instant motion.

## MEMORANDUM OF LAW

The Sixth Amendment to the United States Constitution guarantees an accused the right to counsel and, if the accused is indigent and wishes counsel, an attorney must be appointed without cost. *Gideon v. Wainwright*, 372 U.S. 335 (1963). An accused also has the right to retain counsel of his or her own choosing. *See United States v. Gonzalez-Lopez*, 548 U.S. 140, 150 (2006) (erroneous deprivation of a criminal defendant's choice of counsel is structural error under the Sixth Amendment). In the instant case, Mr. Brett Bonini has retained the services of the private counsel of his choosing, specifically, Tracey Kagan, Esq.

Dual representation of an accused by private counsel and the Office of the Federal Defender is unwarranted and an unnecessary expenditure of finite funds. The services of the Office of the Federal Defender should therefore be terminated pursuant to 18 U.S.C. § 3006A(c). ("If at any time after the appointment of counsel the United States magistrate judge or the court finds that the person is financially able to obtain counsel or to make partial payment for the representation, it may terminate the appointment of counsel or authorize payment as provided in subsection (f), as the interests of justice may dictate.").

-3-

WHEREFORE, undersigned counsel respectfully moves to withdraw from further representation of Mr. Brett Bonini, for substitution of retained counsel Tracey Kagan, Esq. to appear as counsel of record representing Mr. Brett Bonini in this case, and to terminate future CM/ECF notifications to undersigned counsel concerning this case.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*/s/ Joshua R. Lukman*
Joshua R. Lukman, Esq.
Assistant Federal Defender
Florida Bar No. 0088213
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: joshua_lukman@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Unopposed Motion to Withdraw and for Substitution of Retained Counsel* was submitted to the Clerk of Court using the CM/ECF system that will automatically send a notice of electronic filing to Brandon Cruz, Esq., Assistant United States Attorney, and Tracey Kagan, Esq., retained counsel for Mr. Brett Bonini, this 19th day of February 2025.

*/s/ Joshua R. Lukman*
Joshua R. Lukman, Esq.